PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE CALDERON-CAMPOS AND JOSE ANGEL BELTRAN-CHAIDEZ,<br><br>Defendant. | CASE NO. 1:22-CR-00131-JLT-SKO<br><br>STIPULATION AND ORDER<br><br>DATE: July 5, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the government's conflict of interest hearing in this matter is currently scheduled for a motion hearing on July 5, 2023.

2. By this stipulation, the parties agree to continue the hearing to August 16, 2023 at 1 p.m. in order to better accommodate the schedule of defense counsel.

3. The parties stipulate that the defense will file its response to the government's motion by August 2, 2023 and the government will file an optional reply by August 9, 2023.

4. Time was previously excluded to and through the status conference date with the co-defendants on September 20, 2023 at 1 p.m.

IT IS SO STIPULATED.

STIPULATION                                                    1

Dated:  June 26, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for defendant Jorge Calderon-Campos

/s/ ALEKXIA L. TORRES STALLINGS
ALEKXIA L. TORRES STALLINGS
Counsel for defendant Jose Angel Beltran-Chaidez

**ORDER**

IT IS SO ORDERED.

DATED: 6/27/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE