**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alexia Torres Stallings SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
**JOSE ÁNGEL BELTRAN-CHAIDEZ**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:22-cr-00131-JLT-SKO |
| Plaintiff, | |
| v. | **ORDER TO BE RELIEVED WITHDRAW AS ATTORNEY OF RECORD** |
| **JOSE ANGEL BELTRAN-CHAIDEZ**, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO:

On April 29, 2022, counsel was appointed by the Criminal Justice Act panel to represent defendant, JOSE ANGEL BELTRAN-CHAIDEZ, in this matter. A conflict has been discovered and counsel is requesting to withdraw as attorney of record and request an attorney be appointed to Mr. Beltran-Chaidez.

/s/*Alekxia Torres Stallings*

1

**ORDER**

**IT IS SO ORDERED** that Mrs. Torres Stallings is relieved as attorney of record.

Date: 9/1/2023

*Sheila K. Oberto*
HONORABLE SHELIA K. OBERTO