MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1340 M. Street
Bakersfield, CA 93301
Telephone:  (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
JOSE ANGEL BELTRAN-CHAIDEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JOSE ANGEL BELTRAN-CHAIDEZ,<br><br>             Defendants. | CASE NO. 1:22-CR-00131 JLT-SKO-5<br><br>STIPULATION  AND ORDER TO CONTINUE SENTENCING<br><br>DATE: December 2, 2024<br>TIME:   9:00 A.M.<br>HONORABLE JUDGE THURSTON |

**STIPULATION**

Jose Angel Beltran-Chaidez, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. This matter is set for sentencing on November 4, 2024, at 9:00 a.m.

2. The draft Presentence Report is due to counsel no later than September 23, 2024.

3. Counsel for Mr. Beltran-Chaidez is currently engaged in a homicide trial in *People v. Kindle, BF193990A, et al.*, Kern County Superior Court, before the Honorable Charles Brehmer. Trial is expected to last until mid-September.

4. As such, counsel will not be available to attend the interview with Mr. Beltran Chaidez until trial has concluded.

1

5. I have spoken to AUSA Karen Escobar and USPO Jesse Mora and they have no objection to the continuance.

6. Counsel is requesting the sentencing be continued to **December 2, 2024, at 9:00 a.m**.

7. Counsel is also requesting the following schedule:

| | |
|---|---|
| Draft Presentence Report to be disclosed to counsel | October 21, 2024 |
| Counsel's informal written objections to Presentence Report Delivered to probation and opposing counsel: | November 4, 2024 |
| Final PSI report filed with the Court and disclosed to counsel: | November 12, 2024 |
| Formal Objections to Presentence Report: | November 18, 2024 |
| Reply or Statement of Non-Opposition: | November 25, 2024 |

**IT IS SO STIPULATED.**

DATED: August 19, 2024

                              */s/ Monica L. Bermudez*
                              MONICA L. BERMUDEZ
                              Counsel for Defendant
                              Jose Angel Beltran-Chaidez

DATED: August 19, 2024

                              */s/Karen Escobar*
                              KAREN ESCOBAR
                              Assistant United States Attorney

# **O R D E R**

**IT IS SO ORDERED** that the sentencing set on November 4, 2024, be vacated and reset to December 2, 2024, at 9:00 a.m. It is further ordered the following documents be filed by the scheduled dates:

| | |
|---|---|
| Draft Presentence Report to be disclosed to counsel | October 28, 2024 |
| Counsel's informal written objections to Presentence Report Delivered to probation and opposing counsel: | November 4, 2024 |
| Final PSI report filed with the Court and disclosed to counsel: | November 11, 2024 |
| Formal Objections to Presentence Report: | November 18, 2024 |
| Reply or Statement of Non-Opposition: | November 25, 2024 |

IT IS SO ORDERED.

Dated:   **August 21, 2024**

UNITED STATES DISTRICT JUDGE

3