MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
JOSE ANGEL BELTRAN-CHAIDEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-cr-00131 JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | DATE: December 2, 2024 |
| JOSE ANGEL BELTRAN-CHAIDEZ, | TIME: 9:00 a.m. |
| Defendants. | |

**STIPULATION**

Jose Beltran-Chaidez, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. This matter is set for sentencing on December 2, 2024 (Doc. 259 ).

2. Counsel has commenced jury trial in the matter of *People v. Tanjae Smith; BF193067A* in the Kern County Superior Court before the Honorable Kenneth Twisselman. Trial is anticipated to last approximately 3 weeks.

3. Mr. Smith is charged with 10 counts of attempted murder, 10 counts of assault, and other various charges which carry an indeterminate life sentence.

4. I am informed by AUSA Karen Escobar that she will be engaged in jury trial in January.

1

5. As such, AUSA Escobar has no objection to the continuance.

6. Due to Defense Counsel's unavailability, Counsel believes good cause exists to continue Mr. Beltran Chaidez' sentencing to February 10, 2025.

**IT IS SO STIPULATED.**

DATED: November 22, 2024

                               /s/ Monica L. Bermudez
                               MONICA L. BERMUDEZ
                               Counsel for Defendant
                               Jose Angel Beltran-Chaidez

DATED: November 22, 2024

                               /s/ Karen Escobar
                               Karen Escobar
                               Assistant United States Attorney

## **O R D E R**

**IT IS SO ORDERED** that the sentencing set on December 2, 2024 , be vacated and reset to February 10, 2025.

IT IS SO ORDERED.

Dated: **November 23, 2024**     /s/ Jennifer L. Thurston
                                                UNITED STATES DISTRICT JUDGE