Monica L. Bermudez, BAR #275434
Attorney at Law
1304 "L" St
Bakersfield, CA 93306
Telephone: 661-616-2141
monica@lawbermudez.com

Attorney for Defendant Jose Angel Beltran-Chaidez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Angel Beltran Chaidez<br><br>Defendant. | No. 1:22-cr-00131<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MONICA L BERMUDEZ AS ATTORNEY OF RECORD ORDER** |

On May 5, 2022, Defendant Jose Angel Beltran-Chaidez was indicted on federal charges. CJA Panel Attorney Monica L. Bermudez was appointed as counsel to represent Mr. Beltran-Chaidez in his criminal case on September 6, 2023. Mr. Beltran-Chaidez was sentenced pursuant to a plea agreement on February 10, 2025. The time for filing a direct appeal was February 25, 2025. No direct appeal was filed, and he was not in custody at sentencing. Mr. Beltran-Chaidez criminal case has now therefore come to an end. Having completed her representation of Mr. Beltran-Chaidez, CJA attorney Monica L. Bermudez now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Beltran-Chaidez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: 04/23/2025  Respectfully submitted,

*/s/ Monica L. Bermudez*
Monica L. Bermudez,
Attorney for Defendant
Jose Angel Beltran-Chaidez

**ORDER**

Having reviewed the notice and found that attorney Monica L. Bermudez has completed the services for which she was appointed, the Court hereby grants attorney Monica L. Bermudez's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Jose Angel Beltran-Chaidez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

FCI Big Spring

Jose Angel Beltran-Chaidez Register Number: 97989-509

1900 Simler Ave

Big Spring. TX 79720

IT IS SO ORDERED.

Dated:   **April 25, 2025**

UNITED STATES DISTRICT JUDGE