MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L St
Bakersfield, CA 93301
Telephone: (661) 616-2141
monica@lawbermudez.com

Attorney for the Defendant
Jose Angel Beltran-Chaidez

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00131-005 |
| Plaintiff, | **REQUEST TO RECONVEY REAL PROPERTY** |
| v. | |
| JOSE ANGEL BELTRAN-CHAIDEZ, | |
| Defendant. | |

COMES NOW defendant, Jose Angel Beltan-Chaidez, by and through his counsel, Monica L. Bermudez, hereby requests the bond be exonerated in this matter and the real property posted as security be reconveyed.

The following property was posted as security for bail for the full property bond as the Recorder's Office of the County of Kern, State of California

```
APN:             022-131-11-00
Deed:            222075953
Date of Deed:    05/12/2022
Name of Trustor: Maria Delia Aragon Jacquez and Jose Angel Beltran-Chaidez
Payment Amount   Full Equity
```

1

1    I declare under penalty of perjury that the foregoing is true and correct, and that this
2    declaration is executed on April 24, 2025, at Bakersfield, California.

4                                              Respectfully Submitted,

5    Dated: April 24, 2025                     */s/ Monica L. Bermudez*
                                                ―――――――――――――――――
                                                Monica L. Bermudez
                                                Attorney for Defendant
                                                Jose Angel Beltran-Chaidez

2

MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Monica@lawbermudez.com

Attorney for the Defendant
Jose Angel Beltran-Chaidez

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00131-005 |
| Plaintiff, | **ORDER RECONVEYING REAL PROPERTY** |
| v. | |
| Jose Angel Beltran-Chaidez, | |
| Defendant. | |

Upon request of the defendant, and good cause appearing,

**IT IS HEREBY** ORDERED that the property bond below posted as collateral be exonerated:

| | |
|---|---|
| APN: | 022-272-09-0 |
| Deed: | 222075953 |
| Date of Deed: | 05/12/2022 |
| Name of Trustor: | Maria Delia Aragon Jacquez and Jose Angel Beltran-Chaidez |
| Payment Amount | Full Equity |

IT IS SO ORDERED.

Dated:  **April 25, 2025**

_____
UNITED STATES DISTRICT JUDGE

3