1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )    Case No: 1:22-CR-00131-5-JLT
                                      )
11            Plaintiff,              )    **ORDER APPOINTING COUNSEL**
                                      )
12        vs.                         )
                                      )
13   JOSE ANGEL BELTRAN-CHAIDEZ,      )
                                      )
14            Defendant.              )
                                      )
15

16       The Defendant has satisfied this Court that he is financially unable to obtain counsel and

17   wishes the Court to appoint him counsel to represent him on Compassionate Release.  Therefore,

18   in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the

19   Court **ORDERS** that Toni White is appointed to represent the defendant in this case effective

20   *nunc pro tunc* to June 25, 2025, substituting the Federal Defenders Office appointed per G.O.

21   595.

22

23   IT IS SO ORDERED.

24       Dated:   **June 25, 2025**                    _____
                                                       UNITED STATES DISTRICT JUDGE
25

26

27

28